June 24, 2013

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED JUN 27 2013
WILLIAM W. BLEVINS
CLERK

Clerk of the Court
United States District Court
Eastern District of Louisiana
500 Poydras Street, Room C-151
New Orleans, LA 70130

**Re: Transferee Case No. 2:13-cv-2905** J (1)

Dear Clerk:

Please find enclosed a copy of a letter sent to the defendant(s) counsel in response to the defense counsel's request to consider withdrawing my motion for entry of default. Please make the enclosures part of the record. The case was originally filed in the Middle District of Florida Tampa Division and the Tampa case number for your reference is **8:13-cv-01047-VMC-TGW** show you need to reference it.

I thank you very kindly for your time and attention to this matter.

Respectfully Submitted,

Joseph Rainier, Pro-se

XC: File

TENDERED FOR FILING

JUN 27 2013

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Fee
Process
Dktd
CtRmDep
Doc. No.

June 24, 2013

**VIA FIRST-CLASS MAIL**
Mr. Kristopher Ritter, Esq.
Kirkland & Ellis LLP
300 North LaSalle
Chicago, Illinois 60654

                               **Re: Motion for Entry of Default**

Dear Mr. Ritter:

I am in receipt of your letter dated June 19, 2013. In your letter you requested that I consider withdrawing my May 28 filing for entry of default. Your position is that under the Court's pretrial orders no response to my complaint is due at this time. You cited Pretrial order No. 1 and Pretrial order No. 25 paragraph(s) eight. You also reference a May 20, 2013 Order signed by Judge Carl Barbier regarding suspension of all responsive pleading deadlines....and other deadlines on cases not yet consolidated.

However, a quick review of the Tampa Docket copy enclosed for your reference, you answer was due way before Judge Barbier signed any order regarding the cases that were not yet consolidated and therefore suspending responsive pleadings. Second, a review of my complaint on **Page 5** Jurisdiction and Venue III **Paragraphs 11 and 12** I clearly objected to my complaint being transferred out of the Middle District of Florida.

Wherefore; I believe the default filing is proper and your clients defaulted in responding to my complaint. There is no room in the Federal Rules of Civil Procedure where you can sit back and wait for an order from the court that may favor you and ignore the summons issued by the court properly informing you and your clients of deadlines to file your answer. My position is that at a minimum you should have filed for an extension of time to respond in hopes of consolidation or a favorable order from the court "prior" to your deadline to respond. Your default occurred way before any consolidation or order issued by Judge Barbier.

I will not withdraw my motion for entry of default based upon my above position.

                                                  Sincerely Yours,

                                                  Joseph Reinier, Pro-se

XC: File
     Clerk of Court

*TENDERED FOR FILING*
*JUN 27 2013*
*U.S. DISTRICT COURT*
*Eastern District of Louisiana*
*Deputy Clerk*

# U.S. District Court
## Middle District of Florida (Tampa)
### CIVIL DOCKET FOR CASE #: 8:13-cv-01047-VMC-TGW

Rainier et al v. BP Exploration & Production et al
Assigned to: Judge Virginia M. Hernandez Covington
Referred to: Magistrate Judge Thomas G. Wilson
Cause: 33:1365 Environmental Matters

Date Filed: 04/22/2013
Date Terminated: 05/17/2013
Jury Demand: Plaintiff
Nature of Suit: 893 Environmental Matters
Jurisdiction: Federal Question

**Plaintiff**
Joseph Rainier

represented by Joseph Rainier
1396 Wellington Street
Tarpon Springs, FL 34689
727-692-2411
PRO SE

**Plaintiff**
U.S. Gold and Silver, Inc.

V.

**Defendant**
BP Exploration & Production

**Defendant**
BP America, Inc.

**Defendant**
BP, P.L.C.

**Defendant**
BP Corporation North America, Inc.

**Defendant**
Halliburton Energy Services, Inc.

| Date Filed | # | Docket Text |
|---|---|---|
| 04/22/2013 | 1 | COMPLAINT against BP America, Inc., BP Corporation North America, Inc., BP Exploration & Production, BP, P.L.C., Halliburton Energy Services, Inc. with Jury Demand (Filing fee $ 350 receipt number TPA16947) filed by Joseph Rainier.(VCG) (Additional attachment(s) added on 4/24/2013: # 1 Civil Cover Sheet) (VCG). (Entered: 04/24/2013) |

| | | |
|---|---|---|
| 04/22/2013 | 2 | SUMMONS issued as to BP America, Inc., BP Corporation North America, Inc., BP Exploration & Production, BP, P.L.C., Halliburton Energy Services, Inc.. (VCG) (Entered: 04/24/2013) |
| 04/25/2013 | 3 | RELATED CASE ORDER AND NOTICE of designation under Local Rule 3.05 - track 2. Notice of pendency of other actions due by 5/9/2013. Signed by Judge Virginia M. Hernandez Covington on 4/25/2013. (LYB) (Entered: 04/25/2013) |
| 05/02/2013 | 4 | RETURN of service executed on 04/23/2013 by Joseph Rainier as to BP America, Inc.. (Attachments: # 1 Mailing Envelope)(VCG) (Entered: 05/03/2013) |
| 05/02/2013 | 5 | RETURN of service executed on 04/23/2013 by Joseph Rainier as to BP Exploration & Production. (Attachments: # 1 Mailing Envelope)(VCG) (Entered: 05/03/2013) |
| 05/02/2013 | 6 | RETURN of service executed on 04/24/2013 by Joseph Rainier as to Halliburton Energy Services, Inc.. (Attachments: # 1 Mailing Envelope)(VCG) (Entered: 05/03/2013) |
| 05/02/2013 | 7 | RETURN of service executed on 04/24/2013 by Joseph Rainier as to BP Corporation North America, Inc.. (Attachments: # 1 Mailing Envelope)(VCG) (Entered: 05/03/2013) |
| 05/06/2013 | 8 | NOTICE of pendency of related cases re 3 Related case order and track 2 notice per Local Rule 1.04(d) by Joseph Rainier. Related case(s): yes (VCG) (Entered: 05/06/2013) |
| 05/15/2013 | 10 | RETURN of service executed on 04/30/2013 by Joseph Rainier as to BP, P.L.C.. (Attachments: # 1 Letter, # 2 Mailing Envelope)(VCG) (Entered: 05/17/2013) |
| 05/17/2013 | 9 | MULTIDISTRICT LITIGATION panel order transferring case to: Eastern District of Louisiana Transferee court case number: 13-2905 MDL case number: 2179 (BES) (Entered: 05/17/2013) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 06/22/2013 17:28:30 | | | |
| PACER Login: | us5829 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 8:13-cv-01047-VMC-TGW |
| Billable Pages: | 2 | Cost: | 0.20 |

# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

300 North LaSalle
Chicago, Illinois 60654

Kristopher Ritter
To Call Writer Directly:
(312) 862-7118
kristopher.ritter@kirkland.com

(312) 862-2000

www.kirkland.com

Facsimile:
(312) 862-2200

June 19, 2013

**VIA FIRST-CLASS MAIL**

Joseph Rainier
1396 Wellington St.
Tarpon Springs, FL 34689

Dear Mr. Rainier:

  I represent BP America Inc., BP Exploration & Production Inc., and BP Corporation North America Inc. (collectively, "BP") in certain civil litigation matters relating to the Gulf of Mexico oil spill that followed the April 2010 explosion and fire on the *Deepwater Horizon* drilling rig. I understand that you filed an action against BP in Florida federal court alleging economic losses related to the oil spill, which was then transferred to MDL 2179, *In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*, in the United States District Court for the Eastern District of Louisiana in New Orleans.

  On May 28, 2013, you filed a Request for Entry of Default with respect to BP and Halliburton Energy Services Inc., stating that BP had failed to plead in response to your action as required by Federal Rule 55(a). Under the Court's pretrial orders, however, no response to your complaint is due at this time. For cases in MDL 2179, defendants have been granted an indefinite extension of time to answer complaints, and proceedings in individual member cases (including the requirement to respond to individual complaints) have generally been stayed. (See Pretrial Order No. 1, ¶ 8 and Pretrial Order No. 25, ¶ 8). For cases related to the *Deepwater Horizon* oil spill that are assigned to Judge Carl Barbier but not yet formally consolidated with MDL 2179, "all responsive pleading deadlines . . . and other deadlines . . . are SUSPENDED until further order." (See May 20, 2013 Order Regarding New Related Cases Pending Consolidation).

  I have enclosed the referenced orders for your review. They make clear that BP is not in default with respect to your action. Accordingly, I request that you consider withdrawing your May 28 filing seeking an entry of default.

Hong Kong   London   Los Angeles   Munich   New York   Palo Alto   San Francisco   Washington, D.C.

If you would like to discuss these issues, you may contact me at the phone number or email above. If you are represented by an attorney in connection with your claims against BP, please have your attorney contact me, so that I may communicate with your counsel directly.

Sincerely,

Kristopher S. Ritter

KSR:jmm
Enclosures



TAMPA FL 335
SAINT PETERSBURG FL
24 JUN 2013 PM 8 L

Joseph Rainier Pro-se
1396 Wellington Street
Tarpon Springs, Florida 34689

Clerk of the Court
United States District Court
Eastern District of Louisiana
500 Poydras Street, Room C-151
New Orleans, LA 70130

7013 0395 731